Timmy Kinner
*(full name/prisoner number)*
7210 Barrister Dr
Ada County Jail
Boise ID 83704 USA
*(complete mailing address)*

U.S. COURTS

MAR 19 2021
Rcvd__Mail__ Filed____ Time 11am
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Timmy Kinner
*(full name)*
                            Plaintiff,

v.

Ada County Prosecutor's Office; Ada County Sheriff;
Ada County Jail employees; Ada County Jail; Ada County
Sheriff's Office

                        Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ◯ Yes  ☑ No

### A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☑ Other federal statute *(specify)* 28 U.S.C. sec.1743 ; or diversity of citizenship.
☑ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

### B. PLAINTIFF

My name is Timmy Kinner                         . I am a citizen of the State of Idaho         ,
presently residing at Ada County Jail                                                           .

PRISONER COMPLAINT - p. 1 of 8                                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __FNU Verdi__, who was acting as __Deputy__
   (defendant)                                  (job title, if a person; function, if an entity)

   for the __Ada County Jail 4/or Ada County Sheriff's Office__
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __Dec 01, 2020__, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
   because of harassment initiated by prosecutor's office my Equal Protection Rights have constantly been violated. On Dec. 1st 2020 Deputy Verdi searched my cell & took my pictures & disposed of them. Another search later that day resulted to like 5 of my books being taken away by Verdi. Also, strip searched & had nothing on my person to justify this cavity search. Senatius involved as supervising officer. 2 body searches & 3 cell searches.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   4th Amendment to be protected against unreasonable searches; 8th Amend to be protected from cruel & un-usual punishment; 9th Amend. to the fundamental right of privacy & freedom from gratuitous humiliation at the hands of the state & under 14th Amend to due process & equal protection of the law.

4. I allege that I suffered the following injury or damages as a result:
   pain & suffering severe mental anguish sensory deprivation (torture) loss of privileges (phone, visits, books) loss of personal property; humiliation & harassment from multiple body & cell searches

5. I seek the following relief: $12,000 money damages declatory relief for cell & body searches that harass & disposing of personal property &/or items also, injunctive relief for same

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | N/A | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☑ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I have mental limitations caused by internal & external problems such as restlessness, anxiety, depression, lack of focus & in-sufficient resources to properly execute my claims. Also, not legally compentent to understand the required processes.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on Mar 16th 2021 *(date); OR (specify other method)* _____.

Executed at Ada County Jail on 3/16/21
(Location)                         (Date)

J. K_____
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 3_                                            *(Rev. 10/24/2011)*