Notice to Court(s): <u>All Defendants are charged for acting Under Color of State law.</u>

Also, I feel I am in <u>IMMINENT DANGER</u> because of staff actions & SENSITIVE info is being disclosed that can prejudice my criminal case & further endanger me. Abuse is currently occuring.

Sincerly & respectfully,
-TK!

U.S. COURTS
MAR 19 2021
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

C. DEFENDANT(S) AND CAUSE(S) OF ACTION

1. I am suing <u>jail employees & prosecutor's office staff</u> who was acting as <u>jail employees & city employees</u> for the <u>Ada County Jail/ACSO & Ada County Prosecutor's Office</u>.

2. I am complaining that on <u>multiple dates since June 2018</u> defendant did the following: <u>Violated my Constitution rights as a pre-trial detainee by requesting the jail staff to record "normal activity &/or behavior" causing jail staff to work as reporters & spies. Copying my mail & recording my phone calls & recording my legal matters allowing prejudice in my criminal case pending. Discrimination</u>

3. I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: <u>violation of 1st, 4th, 5th, 6th, 8th, 9th & 14th amendment rights. I am a pre-trial detainee</u>

4. I allege that I suffered the following injury or damages as a result: <u>Severe anxiety, depression, pain & suffering, physical & mental anguish, sensory deprivation (torture) all due to defendants actions loss of property & harassment also</u>

5. I seek the following relief: <u>$333,000 money damages & declaratory & injunctive relief for immediate cease & desist of censoring mail, visits & phone calls & de-activation of camera in my cell which is humiliating & voyeurism.</u>

6. I am suing Defendant in ☑ personal capacity &/or ☑ official capacity; or Defendant is an entity.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
I exhausted full jail grievance process.

Prisoner Complaint

C. DEFENDANT(S) AND CAUSE(S) OF ACTION

1) I am suing jail employees who was acting as jail employees for the Ada County Jail/ACSO

2) I am complaining that on multiple dates since 2018 til now defendant did the following: placed me on solitary status confinement that led to them enforcing certain restrictions on me that are so restrictive that they violate the Constitution in numerous ways such as not allowing regular (sufficient) access to legal counsel, grooming & grooming products, reading material, mail services, phone privileges, visitation privileges, no actual safe guards from harm, in-adequate medical services, censoring mail, visits, phone calls & attorney contact, in-adequate meals provided by in-competent jail staff & inmate workers. Discrimination

3) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: violation of 1st, 4th, 5th, 6th, 8th, 9th & 14th amendment rights. I am a pre-trial detainee

4) I alleged that I suffered the following injury or damages as a result: severe anxiety, depression, pain & suffering physical & mental anguish, sensory deprivation (torture) all due to jail regulations

5) I seek the following relief: $290,000 money damages & declatary & injunctive relief for un-censored phone calls, mail, visits & books; bunk space allowed for book space instead of just 5 books & 10 mags max; inmates be tested for communicable diseases prior to being allowed to work in kitchen; staff also; De-activate cameras in single occupied cells; allow commissary items equally for all inmates; allow warm showers; allow access to shave & cut hair at least twice a week; stop taking personal papers such as magazine, book & newspaper clippings away as contraband when they are just papers

6) I am suing Defendant in ☑ personal capacity &/or ☑ official capacity; or ☐ Defendant is an entity.

7) For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; If "No," briefly explain why full jail or prison grievance remedies were not exhausted.
I exhausted full jail grievance process

Prisoner Complaint

C. **DEFENDANT(S) AND CAUSES OF ACTION**

1) I am suing jail employees who was acting as jail employees for the Ada County Jail/ACSO

2) I am complaining that on multiple dates starting in 2018 til now defendant did the following: only allowed access to 5 books or 2 if on disciplinary status & books can only come from Amazon. However, some inmates have more access than others because of their housing assignments.

3) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: violation of the 1st amendment right; 8th amend.; 14th equal protection. General regulations of institution violate Constitution.

4) I allege that I suffered the following injury or damages as a result: I've suffered pain & suffering, mental anguish, Sensory deprivation (torture), anxiety due to jail regulations. Staff take books away from detainees during cell searches.

5) I seek the following relief: that injunction be issued for cease & desist on staff taking books, magazines, pictures &/or literature that does not exceed space under bunk area in cell. This includes newspaper clippings & magazine & book pages. Declatory relief for same & $10,000 money damages for items disposed of while in jail's custody by jail employees Kensley, Friesz, Bell et al.

6) I am suing Defendant in [✓] personal capacity &/or [✓] official capacity; or [ ] Defendant is an entity.

7) For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [✓] Yes [ ] No. If "yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
I exhausted full jail grievances.

Prisoner Complaint

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

(1.) I am suing FNU Alonzo, FNU Lynard, FNU Amoureux & Sgt (Authorizing acts) who was acting as jail employees for the Ada County Jail/ACSO

(2.) I am complaining that on January 19th 2021 defendant did the following: Searched my cell & person & confiscated my personal papers which consisted of legal documents such as discovery evidence in my criminal case which they should not have taken & also my mail, pictures & other personal papers. When I asked the initiating officer (Alonzo) why they took my property he stated "the sargent told them to take it because it was combustible."

(3.) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: violation of 1st amend.; 8th amend.; 14th amend.; 4th amend.; 5th amend.; 9th amend

(4.) I allege that I suffered the following injury or damages as a result:
pain & suffering, anxiety, mental anguish; sensory deprivation (torture) stress & depression

(5.) I seek the following relief: $12,000 money damages from all 4 or 5 defendants each for violating my rights. Also, declatory & injuntive relief to get my property back in my possession immediately & not have it taken away again

(6.) I am suing Defendant in [✓] personal capacity &/or [✓] official capacity; or Defendant is an entity.

(7.) For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[✓] Yes [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
I exhausted full jail grievance process

Prisoner Complaint

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

1.) I am suing <u>jail employees</u> who was acting as <u>jail employees</u> for the <u>Ada County Jail/ACSO</u>

2.) I am complaining that on <u>multiple dates starting in 2018</u> defendant did the following: <u>discriminated against me by not allowing me to receive my religious headdress & possess religious reading material. Jail regulations only allowed certain privileges for certain statuses.</u>

3.) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: <u>violation of my 1st Amendment right (also RLUIPA maybe); violation of 8th amend. cruel & un-usual punishment; violation of 14th amend. due process & equal protection of the law. Some pre-trial detainees get more privileges than others. General regulations of the institution violate the Constitution.</u>

4.) I allege that I suffered the following injury or damages as a result: <u>pain & suffering; mental anguish; sensory deprivation (torture) stress & depression</u>

5.) I seek the following relief: <u>$12,000 money damages from each employee liable & responsible for violation of my rights. Also injunctive relief to have my religious headdress allowed immediately. Lutenants Stoffrle, Watson Sgts. Grunwald all involved.</u>

6.) I am suing Defendant in [✓] personal capacity &/or [✓] official capacity; or [ ] Defendant is an Entity.

7.) For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [✓] Yes [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
I exhausted full jail grievance process

Prisoner Complaint

C. DEFENDANT(S) AND CAUSE(S) OF ACTION

1.) I am suing <u>jail employees, who acting as jail employees</u> for <u>Ada County Jail & Ada County Sheriff's Office.</u>

2.) I am complaining that on <u>multiple dates starting back around March 2020 defendant did the following... Refused me the opportunity to shave or cut my hair but once a month. However, other inmates are allowed razors 3 times a week & access to barber at least twice a week.</u>

3.) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: <u>violations of my religious rights (1st amend); 8th amend. to be protected from cruel & un-usual punishment & under 14th amend. to due process & equal protection of the law. Also, discrimination if some pre-trial detainees get privileges that others don't. Also 9th amend. violation General regulations of the institution violate the Constitution.</u>

4.) I allege that I suffered the following injury or damages as a result: pain & suffering mental anguish humiliation from not being able to groom regularly.

5.) I seek the following relief: <u>$12,000 money damages from each sargent responsible (McCulloch, Grunwald, Wrobbowski, Geisel, Servatius, Kindelberger, et al) also LCSW Penchansky Also, injunctive relief for access to haircuts twice a week & access to shave 3 times a week.</u>

6.) I am suing Defendant in ☑ personal capacity, &/or ☑ official capacity; or ☐ Defendant is an entity

7.) For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ Yes ☐ No. If "yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
I exhausted full jail grievance process.

Prisoner Complaint